UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-00002-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| vs. | ) | |
| (1) DAVIEYON DEVELLE HOPKINS, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release. (Doc. No. 251)

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **ninety (90) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: May 18, 2021

Frank D. Whitney
United States District Judge

1