UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:01-CR-00002-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVIEYON DEVELLE HOPKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motions for Reduction of Sentence under 18 U.S.C. § 3582(c) and Amendment 782, (Doc. Nos. 297, 298). A straightforward application of Amendment 782 makes it clear Defendant is not entitled to a reduction under that Amendment. In fact, the Court has already considered and denied Defendant's motion for a reduction under Amendment 782. (Doc. No. 218). For the reasons stated in that Order, (Doc. No. 218), and in the related pleadings, (Doc. Nos. 210, 216), the newly-filed motions are DENIED.

**IT IS, THEREFORE, ORDERED** that the Motions, (Doc. No. 297, 298), are DENIED.

**IT IS SO ORDERED.**

Signed: July 13, 2023

Frank D. Whitney
United States District Judge